JS-6

HAMRICK & EVANS, LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERT DIAS, an individual; RANDY TEIXEIRA, an individual; CATHERINE TEIXEIRA, an individual; and KELLI HALSELL, trustee for THE GUIDA FAMILY TRUST,

        Plaintiffs,

    v.

RICE RANCH VENTURES LLC, a California limited liability company; INNOVATIVE HOUSING SOLUTIONS, INC., a California corporation; JOHN SCARDINO, an individual; BRETT WHITAKER, an individual; JASON BLANKENSHIP, an individual; and DOES 1 through 10, inclusive,

        Defendants.

Case No.: 2:24-cv-9847 DFM

**ORDER TO DISMISS CASE**

-1-
**[PROPOSED] ORDER TO DISMISS CASE**

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED:  April 27, 2026

By: _____
    Honorable Douglas F. McCormick
    United States Magistrate Judge
    Central District of California

HAMRICK & EVANS, LLP

-2-
**[PROPOSED] ORDER TO DISMISS CASE**